**Slip Op. 01-136**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
:
NTN BEARING CORPORATION OF AMERICA and :
NTN KUGELLAGERFABRIK (DEUTSCHLAND) GmbH;:
SKF USA INC. and SKF GmbH; :
FAG KUGELFISCHER GEORG SCHAFER AG and :
FAG BEARINGS CORPORATION, :
:
         Plaintiffs and :
         Defendant-Intervenors, :
:
         and :
:
INA WALZLAGER SCHAEFFLER oHG and :
INA BEARING COMPANY, INC., :
:
         Plaintiffs, :
:
      v. : Consol. Court No.
: 97-10-01800
UNITED STATES, :
:
         Defendant, :
:
         and :
:
THE TORRINGTON COMPANY, :
:
         Defendant-Intervenor :
         and Plaintiff. :
_____:

## JUDGMENT

    This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), NTN Bearing Corp. of Am. v. United States, Slip Op. 01-76 (CIT June 22, 2001) and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

    **ORDERED** that the Remand Results filed by Commerce on October 4, 2001, are affirmed in their entirety; and it is further

 

     **ORDERED** that since all other issues were previously decided, this case is dismissed.

 

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:    November 27, 2001
         New York, New York